# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF FLORIDA

| | |
|---|---|
| PATRICIA STEPHENS,<br><br>        Plaintiff,<br><br>v.<br><br>ILG, INC., CRAIG M. NASH, DAVID FLOWERS, VICKI L. FREED, LIZANNE GALBREATH, CHAD HOLLINGSWORTH, LEWIS J. KORMAN, THOMAS J. KUHN, THOMAS J. MCINERNEY, THOMAS P. MURPHY JR., STEPHEN R. QUAZZO, SERGIO D. RIVERA, THOMAS O. RYDER, and AVY H. STEIN,<br><br>        Defendants. | Civil Case No.: 1:18-cv-22844<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

Notice is hereby given pursuant to Rule 41(a)(1)(A) of the Federal Rules of Civil Procedure that Plaintiff Patricia Stephens ("Plaintiff") voluntarily dismisses the above captioned action (the "Action") with prejudice. Because this notice of dismissal is being filed with the Court before service by Defendants of either an answer or a motion for summary judgment, Plaintiff's dismissal of the Action is effective upon the filing of this notice.

Dated:  August 21, 2018

Respectfully submitted,

**KOMLOSSY LAW P.A.**

/s/  *Emily C. Komlossy*
Emily Komlossy (FBN 7714)
eck@komlossylaw.com
Ross A. Appel (FBN 90865)
raa@komlossylaw.com
4700 Sheridan St., Suite J
Hollywood, FL 33021

Phone: (954) 842-2021
Fax: (954) 416-6223

*Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on August 21, 2018, I electronically filed the foregoing document with the Clerk of Court using CM/ECF, which served all counsel of record via transmission of Notices of Electronic Filing generated by CM/ECF.   In addition, I hereby certify that I caused to be served a copy of  the foregoing document on counsel for defendants by U.S. mail, postage prepaid, to:

Daniel Toal
**Paul, Weiss, Rifkind, Wharton & Garrsion LLP**
1285 Avenue of the Americas
New York, NY 10019-6064

                                                */s/ Emily C.  Komlossy*
                                                Emily C. Komlossy (FBN 7714)