UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-22844-CIV-ALTONAGA/Goodman

**PATRICIA STEPHENS**,

      Plaintiff,

v.

**ILG, INC.**, *et al.*,

      Defendants.

_____/

## ORDER

**THIS CAUSE** came before the Court *sua sponte*. On July 20, 2018, the Court entered an Order [ECF No. 5] requiring the parties to prepare and file: (1) a joint scheduling report; (2) certificates of interested parties; and (3) corporate disclosure statements, by August 20, 2018. To date, Defendants have not filed certificates of interested persons and corporate disclosure statements, nor have the parties filed a joint scheduling report or requested an extension of time within which to do so.

Accordingly, it is **ORDERED** that the parties shall comply with the Order by **August 23, 2018**.

**DONE AND ORDERED** in Miami, Florida, this 21st day of August, 2018.

                                                        **CECILIA M. ALTONAGA**
                                                        **UNITED STATES DISTRICT JUDGE**

cc:    counsel of record